**In re MARRIAGE OF Tamara Amalia CARL and Claude Alvin Carl.**

**Tamara Amalia Carl, Petitioner/Respondent,**

v.

**Claude Alvin Carl, Respondent/Appellant.**

**No. ED 79943.**

Missouri Court of Appeals, Eastern District, Division One.

July 9, 2002.

Eric C. Harris, Law Offices of Eric C. Harris, P.C., Park Hills, MO, for respondent.

Patricia A. Riehl, Law Office of Patricia A. Riehl, Hillsboro, MO, for appellant.

Before WILLIAM H. CRANDALL, JR., P.J., KATHIANNE KNAUP CRANE, J., and ROBERT G. DOWD, JR., J.

## ORDER

PER CURIAM.

This is an appeal from a decree of dissolution of marriage. The trial court's judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. *Murphy v. Carron*, 536 S.W.2d 30, 32 (Mo. banc 1976).

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).